UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE STRICKLAND,**

        **Plaintiff,**

v.   Case No: 6:22-cv-1315-PGB-LHP

**CG DAYTONA LLC, TMRINK LLC and OCEAN JEWELS CLUB CONDOMINIUM ASSOCIATION INC.,**

        **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff Michelle Strickland and Defendant Ocean Jewels Club Condominium Association, Inc.'s Joint Stipulation of Dismissal With Prejudice, filed February 3, 2023. (Doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Ocean Jewels Club Condominium Association, Inc., are **DISMISSED WITH PREJUDICE**. However, considering the time for filing stipulations of dismissal has now passed (*See* Doc. 17), Plaintiff's claims against Defendants CG Daytona, LLC, and Tmrink, LLC, are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 21, 2023.

                              PAUL G. BYRON
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties